AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

District of New Mexico

FILED
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO
2020 OCT 22  PM 3: 52
CLERK-ALBUQUERQUE

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 20cr1900 MV |
| | ) | |
| MITZI BROOKS | ) | |
| | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    MITZI BROOKS,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

Counts 1-2:  21 U.S.C. §§ 841(a)(1) and (b)(1)(C):  Distribution of a Mixture and Substance Containing Methamphetamine; 18 U.S.C. § 2:  Aiding and Abetting;

Date:    10/16/2020

*Issuing officer's signature*

City and state:   Albuquerque, New Mexico

Mitchell R. Elfers, Clerk of Court
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 10/21/2020, and the person was arrested on *(date)* 10/22/2020
at *(city and state)*  Albuquerque, NM.

Date: 10/22/2020

*Arresting officer's signature*

Fletcher S. DUSM
*Printed name and title*